leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 02–1432.  HEIMMERMANN ET AL. *v.* FIRST UNION MORTGAGE CORP.; and HIRSCH ET AL. *v.* BANKAMERICA CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–10383.  MASON *v.* NORWEST BANK, N. A., ET AL.  C. A. 8th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–10373.  WALTON *v.* SCHWARTZ, WARDEN.  C. A. 9th Cir.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 02–1018.  WILSON *v.* JOHNSON, ACTING SECRETARY OF THE NAVY, 537 U. S. 1194;

No. 02–1378.  BELL *v.* POTTER, POSTMASTER GENERAL, 538 U. S. 1000;

No. 02–1385.  BELL *v.* POTTER, POSTMASTER GENERAL, 538 U. S. 1000;

No. 02–5521.  YOUNG *v.* PATRICK ET AL., 537 U. S. 920;

No. 02–6207.  IN RE PATTERSON-BEGGS, 537 U. S. 1070;

No. 02–6400.  MATHIS *v.* UNITED STATES, 537 U. S. 984;

No. 02–8253.  HUNT *v.* LEE COUNTY SHERIFF ET AL., 537 U. S. 1236;

No. 02–9045.  SHABTAI *v.* GIULIANI ET AL., 538 U. S. 984;

No. 02–9052.  COBAS *v.* BURGESS, 538 U. S. 984;

No. 02–9103.  BROOKS *v.* HOOKS, WARDEN, ET AL., 538 U. S. 985;

No. 02–9117.  IN RE DOPP, 538 U. S. 997;

No. 02–9162.  SHABTAI *v.* CITY OF NEW YORK, NEW YORK, ET AL., 538 U. S. 1002;

No. 02–9307.  DAVIS *v.* WILLIAMS, WARDEN, 538 U. S. 1015;

No. 02–9396.  BENTLEY *v.* DELAWARE DEPARTMENT OF FAMILY SERVICES ET AL., 538 U. S. 989;

No. 02–9464. DUNCAN *v.* WOOD ET AL., 538 U. S. 1017;

No. 02–9783. BONN *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 538 U. S. 1008;

No. 02–9902. THIBEAUX *v.* TOBIAS ET AL., 538 U. S. 1043;

No. 02–9937. ELDRIDGE *v.* STEPP, WARDEN, ET AL., 538 U. S. 1044; and

No. 02–10115. CAMPBELL *v.* UNITED STATES, 538 U. S. 1049. Petitions for rehearing denied.

## JULY 1, 2003

No. 03A14. GILBERT *v.* OKLAHOMA. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. JUSTICE KENNEDY took no part in the consideration or decision of this application.

No. 02–11255 (02A1073). SWISHER *v.* TRUE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

## JULY 2, 2003

No. 02–10894. PETERSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.

## JULY 3, 2003

No. 02A1005. HAWKINS *v.* UNITED STATES. Application for stay of sentence pending appeal, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. 02A1060. PAUL *v.* MADISON APARTMENTS. Super. Ct. N. J., Passaic County, Special Civil Part. Application for stay of